SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>West Coast Motors, Inc., et al,<br><br>    Defendants | Case No. **2:11-cv-01564-JAM-KJN(TEMP)**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

    IT IS HEREBY ORDERED THAT this action is hereby dismissed With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: July 18, 2011

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-01564-JAM-KJN(TEMP) - 1

PDF created with pdfFactory trial version www.pdffactory.com